# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PABLO ACEVEDO, | : |
| Petitioner, | : Civ. No. 17-12892 (RBK) |
| v. | : |
| STATE OF NEW JERSEY, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*.

The prison account statement is not certified as required under the local rules. However, the Court notes that the submitted account statement indicates that Petitioner routinely has more than $200 in his prison account. Under the local rules, "[i]f the prison account of any petitioner or movant exceeds $200, the petitioner or movant shall not be considered eligible to proceed *in forma pauperis*." Local Civ. R. 81.2(c). Petitioner is therefore ineligible for *in forma pauperis* status and must pay the $5.00 filing fee before the petition can proceed.

Accordingly, IT IS this ___14th___ day of December, 2017,

ORDERED that petitioner's application to proceed *in forma pauperis* is DENIED, Local Civ. R. 81,2(c); and it is further

ORDERED that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** the petition pending submission of the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve this order on petitioner by regular U.S. mail.

                                                       s/Robert B. Kugler  
                                                       ROBERT B. KUGLER  
                                                       United States District Judge